# United States Court of Appeals
## For the First Circuit

No.06-1509
DC. No.06-00011

NOEL CASTRO,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**
Entered: April 20, 2006
Pursuant to 1st Cir. R. 27(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

**JULIE GREGG**

By: _____

Julie Gregg, Operations Manager

[Certified copy: James Star, Clerk U.S. District Court, Chief Judge Steven McAuliffe]
[cc: Noel Castro, Peter Papps, AUSA]