UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Noel Castro,
        Petitioner

        v.                                    Civil No. 06-cv-11-SM

United States of America,
        Respondent

# **O R D E R**

        Re:  (Document No. 18)
             Motion for Permission to File a Second § 2255 Motion


        Ruling:  Denied.  Petitioner must move for an order
authorizing the district court to consider this second/successive
application for relief in the United States Court of Appeals for
the First Circuit.  See 28 U.S.C. §§ 2255 and 2244(a)(3)(A)
("Before a second or successive application permitted by this
section is filed in the district court, the applicant shall move
in the appropriate court of appeals for an order authorizing the
district court to consider the application.").


                                 _____
                                 Steven J. McAuliffe
                                 Chief Judge

August 28, 2007

cc:  Noel Castro, pro se
     Peter E. Papps, Esq.